# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KINDELL ADAIR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. CIV-22-231-R |
| | ) |
| FNU ELHABTI, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin, entered on March 25, 2022. Doc. No. 5. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of Judge Erwin is ADOPTED in its entirety, and the Court DISMISSES Petitioner's action without prejudice for failure to pay the requisite filing fee.

IT IS SO ORDERED this 18th day of April 2022.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE